AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**Samuel Gomez Mendoza; a/k/a Nicholas Martinez**
**Rosendo Emilio Sanchez**
**Guillermo Velazquez Martinez**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 29, 2007** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

in violation of Title **21** United States Code, Section(s) **841(a)(1)**.

I further state that I am **OFFICER MICHAEL IANNACCHIONE**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
**OFFICER MICHAEL IANNACCHIONNE
NARCOTICS SPECIAL INVESTIGATION
DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____   at   **Washington, D.C.**
Date                                           City and State

_____        _____
Name & Title of Judicial Officer                Signature of Judicial Officer

## STATEMENT OF FACTS

On November 29, 2007, a confidential informant working with the Metropolitan Police Department's Narcotics and Special Investigation Division, met with Defendant Sanchez Mendoza, at which time Mendoza agreed to sell the CI three kilograms of cocaine for $26,500.00 a kilogram. During this meeting Mendoza contacted defendant Martinez, and told Martinez to contact defendant Sanchez to bring the cocaine to the location. Mendoza and the CI drove to a xxxx xxx xxxxx xxxxxx, xxxx, Washington, D.C. followed by defendant Martinez in a tan Ford Explorer, and defendant Sanchez in a black Ford pick-up truck. Once at the above location, an undercover officer assigned to the Metropolitan Police Department met with defendant Mendoza in the CI's vehicle, and showed Mendoza $100,000.00 in cash. The undercover officer left this vehicle with the cash while the CI continued the negotiations with Mendoza. During the negotiations, it was learned that quantities of cocaine were being stored inside the vehicle Sanchez was driving. Defendant Mendoza exited the CIs vehicle and entered the vehicle with Martinez. Members observed both vehicles operated by Martinez and Sanchez attempting to leave the location, and stopped both vehicles. Members secured all three defendants. A search the Sanchez' vehicle revealed 2 kilograms of cocaine in a concealed compartment. A search of Martinez' vehicle revealed 526 grams of cocaine under the rear seat of the vehicle. A portion of all the suspected cocaine field tested positive for cocaine.

---

OFFICER MICHAEL IANNACCHIONE
NARCOTICS & SPECIAL INVESTIGATION
DIVISION, METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF NOVEMBER, 2007.

---

U.S. MAGISTRATE JUDGE