UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Case No.: '07-353 (JDB) |
| v. | |
| ROSENDO EMILIO SANCHEZ, et al. | **FILED**<br>MAR 0 7 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of defendant's motion to continue the status hearing date, and in light of the government consent as well as the consent of counsel for all codefendants, the defendant's motion is **GRANTED**.

It is **ORDERED**, that the current status hearing date of March 10, 2008 is vacated, and a new status hearing date of April 1, 2008, at 9:00 a.m. is set.

It is further **ORDERED**, that based upon representations made by defense counsel regarding their client's waiver of Speedy Trial rights, that said rights are waived from March 10, 2008 to the new status hearing date, April 1, 2008.

So ordered this 7th day of March, 2008.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies To:

All parties via ECF.