UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL MENDOZA, ET AL | :<br>:<br>:    Criminal No.  07-353 (03)<br>:    Judge Bates<br>:<br>:<br>: |

### DEFENDANT VELAZQUEZ-MARTINEZ' MOTION TO ADOPT

Defendant Guillermo Velazquez-Martinez (hereafter Martinez), through undersigned counsel, respectfully moves this Court for leave to adopt each and every motion, objection, petition and/or appeal filed on behalf of his codefendants in this action as they may relate in any way to him, with the exception of motions for continuance and waivers of speedy trial, and hereby adopts each and every one, subject only to this Court's granting of this motion.  Mr. Martinez further moves that all objections, exceptions, motions and other applications for relief made during the trial by his codefendants through their counsel, inure to her benefit and be treated as if Mr. Martinez, through undersigned counsel, had made them.

Respectfully submitted,

_____
Joanne D. Slaight, #332866
717 5th St, N.W.
Washington, DC  20001
Phone (202) 408-2041

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL MENDOZA, ET AL | Criminal No.  07-353 (03)<br>Judge Bates |

## ORDER

Upon motion of defendant Guillermo Velazquez-Martinez to adopt codefendants' motions, and for good cause shown, it is, this _____ day of _____, 2008, hereby

ORDERED, that the motion is GRANTED.

_____

JUDGE

Date: